UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14315-CIV-MOORE/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

OCEANDRIVEVR SUITES, LLC

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through his undersigned counsel, hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: September 16, 2019

        s/Drew M. Levitt
        Drew M. Levitt
        Florida Bar No. 782246
        DML2@bellsouth.net
        Lee D. Sarkin, Esq.
        Florida Bar No. 962848
        Lsarkin@aol.com
        4700 N.W. Boca Raton Boulevard
        Suite 302
        Boca Raton, Florida 33431
        Telephone (561) 994-6922
        Attorneys for Plaintiff